**IT IS ORDERED as set forth below:**

**Date: May 7, 2019**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**Darlene Patricia Thomas,**<br><br>     Debtor. | **CHAPTER 13**<br>**CASE NO.: 18-63495-sms** |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper,**<br>                              Movant,<br>v.<br>**Darlene Patricia Thomas,**<br>     Debtor,<br>**Mary Ida Townson,**<br>      Trustee.<br><br>                              Respondents. | **CONTESTED MATTER** |

### CONSENT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter comes before the Court on the Motion for Relief from Automatic Stay filed by Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and assigns, on February 21, 2019, and having been rescheduled for a hearing on May 14, 2019 regarding

real property now or formerly known as 519 SHERWOOD GRN, STONE MOUNTAIN, Georgia 30087-5213 (hereinafter referred to as the "Property").  The parties herein having reached an agreement,

The parties herein are in agreement that the post-petition mortgage arrearage owed to Movant as of April 2, 2019 is $6,557.84.  This figure is comprised of the six (6) delinquent payments of $927.05 from 11/01/2018 through 04/01/2019 with $35.46 less held in suspense plus $1,031.00 in attorney's fees and costs, totaling $6,557.84. Debtor(s) will be required to make a payment to Movant in certified funds in the amount of $2,800.00 on or by April 30, 2019. Debtor(s) will be required to cure the remaining arrearage of $3,757.84 by making payments to Movant in the amount of $313.15 for the next eleven (11) consecutive months, with a twelfth (12) and final payment of $313.19 to be tendered on or before the fifteenth (15th) day of each month beginning May 15, 2019.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Debtor(s) shall be required, beginning May 1, 2019 to pay to Movant all future monthly mortgage payments when due according to the Deed and Note.  These mortgage payments as well as the payments necessary to cure the post-petition mortgage arrearage shall be governed by  strict  compliance terms outlined in the paragraph immediately following this paragraph and said terms shall remain in effect for a period of  24 months beginning May 1, 2019.  Upon failure by Debtor(s) to make any of the future monthly mortgage payments to Movant when due according to the Deed and Note, the Automatic Stay may be modified as to the Property subject to the following conditions and allow Movant to proceed to foreclose or otherwise dispose of the Property or take action including exercising its state law remedies including, but not limited to, dispossessory

proceedings, or to take any action which is necessary in order for Movant to recover upon its secured claim to the Property.

Upon failure by Debtor(s) to tender to Movant the above-stated funds as provided herein, and upon notice of default sent by first class mail to Debtor(s) and Debtor(s)' attorney at the address indicated on the attached distribution list, and failure by Debtor(s) to cure the default within 14 days of such notice, Movant may file an affidavit of default with the Court, with service upon Debtor(s) and Debtor(s)' attorney, and the Court may enter an Order modifying the automatic stay, waiving the 14-Day Stay of Bankruptcy Rule 4001(a)(3), without further notice or hearing.  In the event an Order modifying the automatic stay is entered, Trustee is to cease funding any pre-petition arrearage claim.

**[END OF DOCUMENT]**


PREPARED BY:

/s/ Andrea L. Betts
Andrea L. Betts
Attorney for Movant
Georgia Bar #432863
RAS Crane LLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: abetts@rascrane.com

CONSENTED TO:

/s/ _Elsa Rodriguez_ *with express permission*
Else Rodriguez
Staff Attorney for E. L. Clark
Georgia Bar No. _611407_
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

NO OPPOSITION:

/s/ K. Edward Safir_ *with express permission*
K. Edward Safir
Georgia Bar # _622149__
Attorney for Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

**DISTRIBUTION LIST**

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Darlene Patricia Thomas
519 Sherwood Grn
Stone Mountain, GA 30087

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Office of U.S. Trustee
75 Spring St.
362 Richard B. Russell Bldg.
Atlanta, GA 30303

RAS Crane LLC
10700 Abbott's Bridge Road

Suite 170
Duluth, GA  30097